FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 27 2013 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

FENG CHEN,

        Plaintiff,

    -against-

JANET NAPOLITANO, Secretary of the
Department of Homeland Security; EMILLO [sic]
GONZALEZ, Director of Citizenship and
Immigration Services; MARY ANN
GANTNER, District Director of the New York
District of CIS; ERIC H. HOLDER, Attorney
General of the United States,

        Defendants.
----------------------------------------X

**MEMORANDUM AND ORDER**
13-CV-00895 (ARR)

**NOT FOR ELECTRONIC OR PRINT PUBLICATION**

ROSS, United States District Judge:

    Plaintiff's request to proceed in forma pauperis is granted pursuant to 28 U.S.C. § 1915. The United States Marshals Service is directed to serve the summons and complaint upon the defendants without prepayment of fees. The case is referred to the Honorable Lois Bloom, United States Magistrate Judge, for pretrial supervision.

    SO ORDERED.

                           /S/ Judge Allyne R. Ross
                           ALLYNE R. ROSS
                           United States District Judge

Dated: February 27, 2013
       Brooklyn, New York

**Service List:**

Feng Chen, Pro Se
8623 57th Road
#2F
Elmhurst, NY 11373