FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 11 2013 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

FENG CHEN,

                Plaintiff,

      -against-

JANET NAPOLITANO, Secretary of the
Department of Homeland Security; EMILLO [sic]
GONZALEZ, Director of Citizenship and
Immigration Services; MARY ANN
GANTNER, District Director of the New York
District of CIS; ERIC H. HOLDER, Attorney
General of the United States,

                Defendants.
----------------------------------------X

**MEMORANDUM AND ORDER**
13-CV-00895 (ARR)

**NOT FOR ELECTRONIC OR PRINT PUBLICATION**

ROSS, United States District Judge:

    Plaintiff filed this action on February 15, 2013, seeking an order compelling defendants to "process Plaintiff's I-485 application without delay." Dkt. #1, at 4. On March 21, 2013, defendants filed a letter requesting that the action be dismissed as moot on the basis that plaintiff has obtained the relief that she is seeking; according to defendants, the U.S. Citizenship and Immigration Services has "completed its adjudication of and approved Plaintiff's I-485." Dkt. #7, at 1. Defendants annexed to their letter a copy of the first page of plaintiff's I-485 bearing the agency's approval stamp.

    On March 22, 2013, I ordered plaintiff to show cause as to why this case should not be dismissed as moot. Dkt. #8. I ordered plaintiff to serve copies of her response on the defendants and to file the originals thereof, with proof of service, with the Clerk of this Court by April 5, 2013. Id. at 2. I notified plaintiff that if she did not respond, then in reliance on defendant's showing, I would dismiss the action as moot. Id.

Because plaintiff has not responded to the order to show cause within the specified deadline, I hereby dismiss the action as moot.

SO ORDERED.

/S/ Judge Allyne R. Ross

_____
Allyne R. Ross
United States District Judge

Dated: April 11, 2013
Brooklyn, New York

**Service List:**

Feng Chen, Pro Se
8623 57th Road
#2F
Elmhurst, NY 11373